

*COMPOS MENTIS/ CORPUS JURIS GENTIUM/ QUANTUM MERUIT/ AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

**19 CV 4075**

***Societas Republicae Estados Al Maurikanos***
*We the Original People of America, Heirs of the Ancestral Estate of*
*Al Maghrib Alaqsa -North America - 54.5260° N, 105.2551° W; South America - 8.7832° S, 55.4915° W;*
*Central America - 12.7690° N, 85.6024° W.*

**Take Notice and Take Care:**
**Notice to Principal is Notice to Agent**

| | |
|---|---|
| *The People of The Amu'Ra Tribe of Indigenous Native American Moors Republic*<br>    *See page 4*           *Plaintiff,*<br><br>V.<br>*ALL Foreign Agents and Agencies of the*<br>*UNITED STATES CORPORATION COMPANY*<br>*Including the District of Columbia, all of its Municipal Territories and all its future successors.*<br>*See Pages 6-14*<br>          *Defendant (s)* | **Complaint and Request for Injunction** |

       *We the People of the Amu'Ra Tribe of Indigenous Native American Moors Republic an Ecclesiastical Body Politic and Corporate [file# cc#: C19-17041/ 19-0070587] deem it necessary for the survival of our posterity necessary to separate ourselves from the United States Corporation Company and Repatriate back to our inherent State **Morocco/Societas Republicae Estados Al Maurikanos**. The UNITED STATES Corporation has no Sovereign Authority and is a federal Corporation bankrupt and insolvent affirmed by, **"United States Congressional Record, March 17, 1993 Vol. 33, page H-1303"**. The UNITED STATES is bankrupt and insolvent therefore all actions to compel the People of the Several States are done under a color of Law.*

### I. Basis for Jurisdiction
    A.   <u>The basis for Federal Jurisdiction is vested under 28 U.S.C. § 1331.</u>
        B.   List of the General Law, federal statutes, federal Treaties and Constitutions that are at issue:

<u>**Constitution For the United States of America March 4th 1789 – Article 4 Sec. 4**</u> - **The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.**

<u>**Constitution For the United States of America March 4th 1789 – Article 6**</u> - **All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.**
**This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.**
**The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.**

<u>**Constitution For the United States of America March 4th 1789 – Article 3 Sec. 2**</u> - **The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.**
**In all cases affecting ambassadors, other public ministers and consuls, and those in which a state shall be party, the Supreme Court shall have original jurisdiction. In all the other cases before mentioned, the Supreme Court**

*COMPOS MENTIS/ CORPUS JURIS GENTIUM/ QUANTUM MERUIT/ AFFIDAVIT/ DICTUM/ DOLUS SPECIALIS/ EX INJURIA JUS NON ORITUR*

*shall have appellate jurisdiction, both as to law and fact, with such exceptions, and under such regulations as the Congress shall make.*
*The trial of all crimes, except in cases of impeachment, shall be by jury; and such trial shall be held in the state where the said crimes shall have been committed; but when not committed within any state, the trial shall be at such place or places as the Congress may by law have directed.*

<u>*Articles of Confederation March 1st 1781 - Article 4*</u> *– The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the <u>Free Inhabitants</u> of each of these States, paupers, vagabonds, and fugitives from justice excepted, shall be entitled to all <u>privileges and immunities</u> of Free Citizens in the several States; <u>and the people of each State shall have free ingress and regress to and from any other State</u>, and shall enjoy therein all the privileges of trade and commerce, subject to the same duties, impositions and restrictions as the inhabitants thereof respectively, provided that such restrictions shall not extend so far as to prevent the removal of property imported into any State, to any other State of which the owner is an inhabitant; provided also that no imposition, duties, or restriction shall be laid by any State, on the property of the United States, or either of them.*
*If any person guilty of, or charged with treason, felony, or other high misdemeanor in any State, shall flee from justice, and be found in any of the United States, he shall upon demand of the Governor or Executive power, of the State from which he fled, be delivered up and removed to the State having jurisdiction of his offence.*
*<u>Full faith and credit</u> shall be given in each of these States to the <u>records, acts</u> and <u>judicial proceedings</u> of the courts and magistrates of every other State.*

<u>*District of Columbia Organic Act of 1871 Forty First Congress. Session III. Chapter 62 1871*</u> *- <u>Sec. 17</u> – And be it further enacted, That the legislative assembly shall not pass special laws in any of the following cases; regulating the practice in courts of justice; regulating the jurisdiction or duties of justices of the peace, police magistrate, or constables; providing for changes of venue in civil or criminal cases, or swearing and impaneling jurors; remitting fines, penalties, or forfeitures; the sale or mortgage of real estate belonging to minors or others under disability; <u>changing the law of descent</u>; increasing or decreasing the fees of public officers during the term for which said officers are elected or appointed; granting to any corporation, association, or individual, any special or exclusive privilege, immunity, or franchise whatsoever. The legislative assembly shall have no power to release or extinguish, in whole or in part, the indebtedness, liability, or obligation of any corporation or individual to the District or to any municipal corporation therein, nor shall the legislative assembly have power to establish any bank of circulation, nor to authorize any company or individual to issue notes for circulation as money or currency. <u>Sec. 20</u> – And be it further enacted, That the said legislative assembly shall not have power to pass any ex post facto law, nor law impairing the obligation of contracts, nor to tax the property of the United States, nor to tax the lands or other property of non-residents higher than the lands or other property of residents; nor shall lands or other property in said district be liable to a higher tax, in any one year, for all general objects, territorial and municipal, than two dollars on every hundred dollars of the cash value thereof; but special taxes may be levied in particular sections, wards, or districts for their particular local improvements; nor shall said territorial government have power to borrow money or issue stock or bonds for any object whatever, unless specially authorized by an act of the legislative assembly, passed by a vote of two thirds of the entire number of the members of each branch thereof, but said debt in no case to exceed five per centum of the assessed value of the property of said District, unless authorized by a vote of the people, as hereinafter [hereinbefore] provided.*

1. *Articles of Confederation - March 1, 1781.*
2. *Treaty of Peace and Friendship with Morocco June 28 and July 15, 1786-1816, 1836 Amendment.*
3. *Treaty of Guadalupe Hidalgo; February 2, 1848.*
4. *Zodiac Constitution - Library of Congress AA 222141 January 3rd, 1935.*
5. *USC 28 § 1361 - Action to compel an officer of the United States to perform his duty.*
6. *USC 28 § 3002 15(a) &15(b) - Definitions.*
7. *USC 4 – Flag and Seal, Seat of Government, and the States.*
8. *USC 26 § 508(c) (1) (a) - Special rules with respect to section 501(c) (3) organizations.*
9. *USC 8 § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions.*
10. *USC 15 § 1312 - Civil investigative demands.*
11. *USC 18 § 1203 - Hostage taking.*
12. *USC 18 § 2332(a) - Use of weapons of mass destruction*
13. *USC 18 § 2340 - Definitions.*
14. *USC 18 § 241 – Conspiracy against rights.*
15. *USC 18 § 242 – Deprivation of rights under color of law.*
16. *USC 18 § 1091 - Genocide.*
17. *USC 18 § 247 - Damage to religious property; obstruction of persons in the free exercise of religious beliefs.*
18. *Title 22 Chapter 2 141, 142, 143 – Foreign Relations and Intercourse.*
19. *USC 8 § 1101) – Definitions (3), (14), (15) A - Definitions.*
20. *Executive Order 13107.*
21. *1978 Diplomatic Relations Act - 22 U.S.C. Section 254.*
22. *1982 Foreign Missions Act - 22 U.S.C. Sections 4301.*
23. *United States Statutes at Large Volume 66 stat 238 sec 308.*
24. *1933 – Legislative Journal – House – Page 5759, Resolution No. 75.*
25. *Congress Adjourns Sine Die [without day] - 36th Congress 2nd Session March 27th 1861.*

**Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic**



*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

## II. *The basis for Diversity of Citizenship is vested under 28 U.S.C. § 1332.*

1. Zodiac Constitution - Library of Congress AA 222141 January 3rd, 1935
2. Treaty of Peace and Friendship with Morocco June 28 and July 15 1786-1816, 1836 amendment.

Articles of Confederation March 1st 1781 - Article 4

3. Title 22 Chapter 2 141, 142, 143 – Foreign Relations and Intercourse
4. The Constitution for the United States Republic of North America (1791) - Article 3. Sec 2.
5. USC 8 § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions.
6. Papal Bull Dum Diversas 18 June, 1452.
7. The Bull Romanus Pontifex (Nicholas V) January 8, 1454.
8. The Leagel Battle and Spiritual War against the Native People The Bull Inter Caetera (Alexander VI) May 4, 1493.
9. Treaty of Tordesillas - June 7, 1494.
10. Patent Granted by King Henry VII to John Cabot and his Sons - March 5, 1496.
11. The Requerimiento – 1512.
12. The Articles of Confederation of the United Colonies of New England; May 19, 1643.
13. Emergency Banking Act Of 1933, United States Congressional Record, March 17, 1993 Vol. 33, page H-1303(Bankruptcy of the United States).
14. An Act Concerning the District of Columbia) (6th Congress, 2nd Sess., ch. 15, 2 Stat. 103 enacted 1801-02-27.
15. Pope's Civil Orders July 4, 2014.
16. 1st, 2nd, and 3rd International Decade for the Eradication of Colonialism (General Assembly Resolution A/RES/65/119) (2011-2020).
17. 1st, 2nd, and 3rd International Decade for the Eradication of Colonialism (General Assembly Resolution A/RES/65/119) (2011-2020).
18. The Constitution for the United States Republic of North America (1791) - Article 6.
19. The Constitution for the United States Republic of North America (1791) - Article 4. Sec 4.
20. USC 8 § 1481 - Loss of nationality by native-born or naturalized citizen; voluntary action; burden of proof; presumptions.
21. Congress Adjourns Sine Die [without day] - 36th Congress 2nd Session March 27th 1861.

### Bonds

*Amount in Controversy – The amount the plaintiff claims the defendant owes is more than $75,000.00 in Lawful Money via the Bonds listed below:*

A. **U.S.C. 18 1091 Genocide** – <u>One million dollars</u> in lawful Money, consideration, gold, silver, land and estate.
B. **U.S.C. 18 1203 Hostage Taking** – punishable by death, imprisonment for any term of years or life imprisonment.
C. **U.S.C. 18 2332a Use of weapons of mass destruction** – punishable by death, imprisonment for any term of years or life imprisonment.
D. **U.S.C. 18 2340 Definitions** - punishable by death, imprisonment for any term of years, life imprisonment and <u>nine million dollars</u> in Lawful Money, consideration, gold, silver, land and estate.
E. **U.S.C. 18 241 Conspiracy against Rights** – punishable by death, imprisonment for any term of years, life imprisonment and <u>nine million dollars</u> in Lawful Money, consideration, gold, silver, land and estate.
F. **U.S.C. 18 242 Deprivation of Rights under a color of law** – punishable by death, imprisonment for any term of years, life imprisonment and <u>nine million dollars</u> in Lawful Money, consideration, gold, silver, land and estate.
G. **U.S.C. 18 247 Damage to religious property; obstruction of persons in the free exercise of religious beliefs** – punishable by death, imprisonment for any term of years, life imprisonment and <u>nine million dollars</u> in Lawful Money, consideration, gold, silver, land and estate.
H. **Pope's Civil Orders July 4th, 2014** – punishable by death, imprisonment for any term of years, life imprisonment and <u>nine million dollars</u> in Lawful Money, consideration, gold, silver, land. estate etc.
I. <u>**The Full Amount of the Bond is Fifty-Four Million in Lawful Money, consideration, gold, silver, Estate and land.**</u>

## III. *Statement of Claim.*

*The fact is, the United States is bankrupt, insolvent and has no Sovereign Authority existing in name only to this 30th Dey 23rd Cycle 1432 [4/30/2019 – Gregorian Calendar] "Bankrupt" in 1933 and was declared so by President Roosevelt by Executive Orders 6073, 6102, 6111 and by Executive Order 6260 on March 9, 1933, under the "Trading With The Enemy Act" of October 6, 1917, AS AMENDED by the Emergency Banking Relief Act, 48 Stat 1, Public Law No. 1, which is presently codified at 12 USCA 95a and confirmed at 95b. Thereafter, Congress confirmed the bankruptcy on June 5, 1933, and thereupon impaired the obligations and considerations of contracts through the "Joint Resolution To Suspend The Gold Standard And Abrogate The Gold clause, June 5, 1933" (See: HJR-192, 73rd Congress, 1st Session). When the Courts were called upon to rule on several of the provisions designed to implement and compliment FDR's Emergency BANKING Relief Act of March 9, 1933.*

### *The Bankruptcy of The United States*
### *United States Congressional Record, March 17, 1993 Vol. 33, page H-1303*





*COMPOS MENTIS/ CORPUS JURIS GENTIUM/ QUANTUM MERUIT/ AFFIDAVIT/ DICTUM/ DOLUS SPECIALIS/ EX INJURIA JUS NON ORITUR*

"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only".

"Gold and silver were such a powerful money during the founding of the united states of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money?' The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, -gold and silver coin".

"There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system. You cannot service a debt with a currency that has no backing in value or substance. No contract in Common law is valid unless it involves an exchange of "good & valuable consideration." Unpayable debt transfers power and control to the sovereign power structure that has no interest in money, law, equity or justice because they have so much wealth already".

"The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3]"

"Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913)"

A. **Take Notice** the People's unalienable right to Life, Liberty, Property, Due Process and Just Compensation for private property **have been violated in the past**; protected by the Treaty of Peace and Friendship 1787, Articles of Confederation 1781, Zodiac Constitution, Bill of Rights and the Constitution for the United States of America 1791, The Constitution for the Amu'Ra Tribe of Indigenous Native American Moors Republic.

B. **Take Notice** the People's unalienable right to travel **have been violated in the past**; protected by the Treaty of Peace and Friendship 1787, Articles of Confederation 1781, Zodiac Constitution, Bill of Rights and the Constitution for the United States of America 1791, The Constitution for the Amu'Ra Tribe of Indigenous Native American Moors Republic.

C. **Take Notice** the People's unalienable rights to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, without a warrant signed by a judge stating the probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized **have been violated in the past**; protected by the Treaty of Peace and Friendship 1787, Articles of Confederation 1781, Zodiac Constitution, Bill of Rights and the Constitution for the United States of America 1791, The Constitution for the Amu'Ra Tribe of Indigenous Native American Moors Republic.

D. **Take Notice** that We the People Demand the defendants to put the Titles of the Plaintiffs and all future members of <u>THE AMU'RA TRIBE OF INDIGENOUS NATIVE AMERICAN MOORS REPUBLIC on THE DO NOT STOP, DO NOT DETAIN LIST FOR NEW YORK., NEW YORK STATE AND ALL OTHER CORPORATE STATES</u>. We the People reserve and retain all of our rights protected by the above set General Laws. We the People do not waive any rights; All defendants abide by your oaths to the Constitution, which are in constitutional alignment with the General Laws cited; Nunc pro tunc.

E. **Take Notice** that the Trespass of the unalienable rights of any of the People of the Amu'Ra Tribe of Indigenous Native American Moors Republic is a trespass against this state. There is a bond of the <u>Fifty-Four Million Dollars</u> in Lawful Money, consideration, gold, silver, land and estates against the Defendants.

F. **Take Notice** the Defendants dependent on the Corporate Jurisdiction of the violators shall be charged Nine Thousand dollars in Lawful Money, consideration, gold, silver, land and estates per violation on relief for damages for ANY and EVERY action by any Public Official to the People and their Estate.

G. **Take Notice** that this is a **Covenant**, your failure to answer and rebut this affidavit point for point is tacit acquiescence, you have seventy two hours to respond in writing via affidavit rebutting point for point the facts stated in this Injunction otherwise this Covenant stands as law.

H. **Take Notice** that this injunction is to be executed without delay because the general welfare of the People of the Amu'Ra Tribe of Indigenous Native American Moors Republic are at urgent risk of being damaged/injured by the Defendants and their agents.

I. **Take Notice** that any foreign persons who claim to have an interest to the Estate that supersedes that of the People of the Amu'Ra Tribe of Indigenous Native American Moors Republic by Hereditaments, Jus Soli and Jus Sanguinus. The Claimant must show and prove it in writing under the Penalty of the Perjury Certified by a Notary Signature stating in

Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic

*COMPOS MENTIS/ CORPUS JURIS GENTIUM/ QUANTUM MERUIT/ AFFIDAVIT/ DICTUM/ DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

common terms that; 'I, Claimant (s) accept the liabilities of the **'United States Codes Title 18 1091 Genocide'** upon failure of such Claimant (s) to lawfully show and prove claimant is the Lawful Heir of the Estate.

## Plaintiffs

*Jamal Babatundi Amu'Ra El –          347-299-4456*

## Defendant (s)

### UNITED STATES CORPORATION COMPANY 1925
### Including all Foreign Corporate States, Agents, and Agencies, Governmental Offices, Officers, and Departments Subject to the jurisdiction of the District of Columbia.

1. **Donald John Trump** *Doing Business As President of the UNITED STATES*



2. **Jay Inslee** *Doing Business As the Governor of the STATE OF WASHINGTON*



3. **Jerry Brown** *Doing Business As the Governor of the STATE OF CALIFORNIA*



4. **Brian Sandoval** *Doing Business As the Governor of the STATE OF NEVADA*



5. **Rick Scott** *Doing Business As the Governor of the STATE OF FLORIDA*



6. **Andrew Cuomo** *Doing Business As the Governor of the STATE OF NEW YORK*



7. **Greg Abbott** *Doing Business As the Governor of the STATE OF TEXAS*




COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR

8. **Chris Christie** Doing Business As the Governor of the STATE OF NEW JERSEY



9. **Dannel Malloy** Doing Business As the Governor of the STATE OF CONNECTICUT



10. **Doug Ducey** Doing Business As the Governor of the STATE OF ARIZONA



11. **Susana Martinez** Doing Business As the Governor of the STATE OF NEW MEXICO



12. **Gary Herbert** Doing Business As the Governor of the STATE OF UTAH



13. **Kate Brown** Doing Business As the Governor of the STATE OF OREGON



Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic



*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

**14.** **Mary Fallin** Doing Business As the Governor of the STATE OF OKLAHOMA



**15.** **John Hickenlooper** Doing Business As the Governor of the STATE OF COLORADO



**16.** **Butch Otter** Doing Business As the Governor of the STATE OF IDAHO



**17.** **Steve Bullock** Doing Business As the Governor of the STATE OF MONTANA



**18.** **Matt Mead** Doing Business As the Governor of the STATE OF WYOMING



**19.** **Pete Ricketts** Doing Business As the Governor of the STATE OF NEBRASKA



**20.** **Mark Dayton** Doing Business As the Governor of the STATE OF MINNESOTA



**21.** **Kim Reynolds** Doing Business As the Governor of the STATE OF IOWA

Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic


*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*



**22. Scott Walker** Doing Business As the Governor of the STATE OF WISCONSIN



**23. Eric Greitens** Doing Business As the Governor of the STATE OF MISSOURI



**24. Asa Hutchinson** Doing Business As the Governor of the STATE OF ARKANSAS



**25. Sam Brownback** Doing Business As the Governor of the STATE OF KANSAS



**26. John Bel Edwards** Doing Business As the Governor of the STATE OF LOUISIANA



**27. Bruce Rauner** Doing Business As the Governor of the STATE OF ILLINOIS



**28. Phil Bryant** Doing Business As the Governor of the STATE OF MISSISSIPPI

Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic

 *COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*



**29. <u>Kay Ivey</u>** *Doing Business As the Governor of the STATE OF ALABAMA*



**30. <u>Nathan Deal</u>** *Doing Business As the Governor of the STATE OF GEORGIA*



**31. <u>Eric Holcomb</u>** *Doing Business As the Governor of the STATE OF INDIANA*



**32. <u>Bill Haslam</u>** *Doing Business As the Governor of the STATE OF TENNESSEE*



**33. <u>Matt Bevin</u>** *Doing Business As the Governor of the STATE OF KENTUCKY*



**34. <u>Rick Snyder</u>** *Doing Business As the Governor of the STATE OF MICHIGAN*



**35. <u>John Kasich</u>** *Doing Business As the Governor of the STATE OF OHIO*

Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic



COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR



**36. Terry McAuliffe** Doing Business As the Governor of the STATE OF VIRGINIA



**37. Larry Hogan** Doing Business As the Governor of the STATE OF MARYLAND



**38. Roy Cooper** Doing Business As the Governor of the STATE OF NORTH CAROLINA



**39. Henry McMaster** Doing Business As the Governor of the STATE OF SOUTH CAROLINA



**40. Tom Wolf** Doing Business As the Governor of the STATE OF PENNSYLVANIA



**41. John C. Carney Jr.** Doing Business As the Governor of the STATE OF DELEWARE



Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic


*COMPOS MENTIS/CORPUS JURIS GENTIUM/QUANTUM MERUIT/AFFIDAVIT/DICTUM/DOLUS SPECIALIS/EX INJURIA JUS NON ORITUR*

42. **Gina Raimondo** Doing Business As the Governor of the STATE OF RHODE ISLAND



43. **Charlie Baker** Doing Business As the Governor of the STATE OF MASSACHUSETTS



44. **Chris Sununu** Doing Business As the Governor of the STATE OF NEW HAMPSHIRE



45. **Doug Burgum** Doing Business As the Governor of the STATE OF NORTH DAKOTA



46. **Dennis Daugaard** Doing Business As the Governor of the STATE OF SOUTH DAKOTA



47. **Jim Justice** Doing Business As the Governor of the STATE OF WEST VIRGINIA



48. **Paul LePage** Doing Business As the Governor of the STATE OF MAINE



Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic


*COMPOS MENTIS/ CORPUS JURIS GENTIUM/ QUANTUM MERUIT/ AFFIDAVIT/ DICTUM/ DOLUS SPECIALIS/ EX INJURIA JUS NON ORITUR*

**49. Phil Scott** Doing Business As the Governor of the STATE OF VERMONT



**50. *ALL Foreign Agents and agencies of the UNITED STATES CORPORATION COMPANY including the District of Columbia and all its Subsidiaries . Doing Business on behalf of said Defendants and future successors Doing Business As the Governor of the Corporate STATE i.e. STATE OF WASHINGTON.***



Delaware.gov | Text Only

**Department of State: Division of Corporations**

| HOME | Privacy Policy | Frequently Asked Questions | View Search Results |
|---|---|---|---|

About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service
Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 2193946 | Incorporation Date / Formation Date: | 04/19/1989 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | UNITED STATES OF AMERICA, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | NON-PROFIT OR RELIGIOUS |
| Residency: | DOMESTIC | State: | DE |

**REGISTERED AGENT INFORMATION**

| Name: | THE COMPANY CORPORATION | | |
|---|---|---|---|
| Address: | 2711 CENTERVILLE RD STE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5440 | | |

This is a **list of U.S. states by date of statehood**. It has the date when each U.S. state joined the Union.

| # | State | Date joined | What it was before becoming a state |
|---|---|---|---|
| 1 | Delaware | Friday, December 7, 1787 ‡ | Lower Counties on Delaware, then sovereign state in Confederation |
| 2 | Pennsylvania | Wednesday, December 12, 1787 ‡ | Province of Pennsylvania, then sovereign state in Confederation |
| 3 | New Jersey | Tuesday, December 18, 1787 ‡ | Province of New Jersey, then sovereign state in Confederation |
| 4 | Georgia | Wednesday, January 2, 1788 ‡ | Province of Georgia, then sovereign state in Confederation |
| 5 | Connecticut | Wednesday, January 9, 1788 ‡ | Connecticut Colony, then sovereign state in Confederation |
| 6 | Massachusetts | Wednesday, February 6, 1788 ‡ | Province of Massachusetts Bay, then sovereign state in Confederation |
| 7 | Maryland | Monday, April 28, 1788 ‡ | Province of Maryland, then sovereign state in Confederation |
| 8 | South Carolina | Friday, May 23, 1788 ‡ | Province of South Carolina, then sovereign state in Confederation |
| 9 | New Hampshire | Saturday, June 21, 1788 ‡ | Province of New Hampshire, then sovereign state in Confederation |

Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic

COMPOS MENTIS/ CORPUS JURIS GENTIUM/ QUANTUM MERUIT/ AFFIDAVIT/ DICTUM/ DOLUS SPECIALIS/ EX INJURIA JUS NON ORITUR

| # | State | Date | Prior Status |
|---|---|---|---|
| 10 | Virginia | Wednesday, June 25, 1788 ‡ | Virginia Colony, then sovereign state in Confederation |
| 11 | New York | Saturday, July 26, 1788 ‡ | Province of New York, then sovereign state in Confederation |
| 12 | North Carolina | Saturday, November 21, 1789 ‡ | Province of North Carolina, then sovereign state in Confederation |
| 13 | Rhode Island | Saturday, May 29, 1790 ‡ | Colony of Rhode Island and Providence Plantations, then sovereign state in Confederation |
| 14 | Vermont | Friday, March 4, 1791 | Province of New York and New Hampshire Grants (ownership disputed), Vermont Republic |
| 15 | Kentucky | Friday, June 1, 1792 | Virginia |
| 16 | Tennessee | Wednesday, June 1, 1796 | Province of North Carolina, Southwest Territory |
| 17 | Ohio | Tuesday, March 1, 1803* | Northwest Territory |
| 18 | Louisiana | Thursday, April 30, 1812 | Orleans Territory |
| 19 | Indiana | Wednesday, December 11, 1816 | Indiana Territory |
| 20 | Mississippi | Wednesday, December 10, 1817 | Mississippi Territory |
| 21 | Illinois | Thursday, December 3, 1818 | Illinois Territory |
| 22 | Alabama | Tuesday, December 14, 1819 | Alabama Territory |
| 23 | Maine | Wednesday, March 15, 1820 | Massachusetts |
| 24 | Missouri | Friday, August 10, 1821 | Missouri Territory |
| 25 | Arkansas | Wednesday, June 15, 1836 | Arkansas Territory |
| 26 | Michigan | Thursday, January 26, 1837 | Michigan Territory |
| 27 | Florida | Monday, March 3, 1845 | Florida Territory |
| 28 | Texas | Monday, December 29, 1845 | Republic of Texas |
| 29 | Iowa | Monday, December 28, 1846 | Iowa Territory |
| 30 | Wisconsin | Monday, May 29, 1848 | Wisconsin Territory |
| 31 | California | Monday, September 9, 1850 | California Republic Mexican Cession, Alta California |
| 32 | Minnesota | Tuesday, May 11, 1858 | Minnesota Territory |
| 33 | Oregon | Monday, February 14, 1859 | Oregon Territory |
| 34 | Kansas | Tuesday, January 29, 1861 | Kansas Territory |
| 35 | West Virginia | Saturday, June 20, 1863 | Virginia |
| 36 | Nevada | Monday, October 31, 1864 | Nevada Territory |
| 37 | Nebraska | Friday, March 1, 1867 | Nebraska Territory |
| 38 | Colorado | Tuesday, August 1, 1876 | Colorado Territory |
| 39 † | North Dakota | Saturday, November 2, 1889 | Dakota Territory |
| 40 † | South Dakota | Saturday, November 2, 1889 | Dakota Territory |
| 41 | Montana | Friday, November 8, 1889 | Montana Territory |
| 42 | Washington | Monday, November 11, 1889 | part of Oregon Territory, became Washington Territory on March 2, 1853 |
| 43 | Idaho | Thursday, July 3, 1890 | Idaho Territory |
| 44 | Wyoming | Thursday, July 10, 1890 | Wyoming Territory |
| 45 | Utah | Saturday, January 4, 1896 | Utah Territory |
| 46 | Oklahoma | Saturday, November 16, 1907 | Oklahoma Territory & Indian Territory |
| 47 | New Mexico | Saturday, January 6, 1912 | New Mexico Territory |
| 48 | Arizona | Wednesday, February 14, 1912 | Arizona Territory |



COMPOS MENTIS/ CORPUS JURIS GENTIUM/ QUANTUM MERUIT/ AFFIDAVIT/ DICTUM/ DOLUS SPECIALIS/ EX INJURIA JUS NON ORITUR

### *Religion is Law, Law is Government, Government is Family*
### *All Rights Reserved Without Prejudice / Recourse; Allodial Claim.*

*We declare under the penalty of the perjury under the laws of the United States of America in Congress Assembled and the Constitution for the Amu'Ra Tribe of Indigenous Native American Moors Republic that the foregoing is true and correct.*
<u>*the year 1440 [Gregorian Calender April 30th.h, 2019]*</u> **<u>Without the United States</u>**

*I Am*: _____ El- All Rights Reserved and Retained
*Autochthon/National/Moor* – *Jamal Babatundi Amu'Ra El - Plenipotentate In Propria Persona Sui Juris Sui Haeredes Solo Proprio;*
*Contact# 347-299-4456;*           *Email: jamalbabatundi@gmail.com*

14
Autochthon Peoples' Documents: Northwest Amexum / Northwest Africa / North America /Amu'Ra Tribe Republic - Continental United States Republic